# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

vs.

Cristian Trillas-Cruz (2),

Defendant.

Case No. 17-cr-00525-MMA

JUDGMENT OF DISMISSAL

FILED 17 JUN 23 PM 12:26

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

☐ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

☐ the Court has dismissed the case for unnecessary delay; or

☒ the Court has granted the motion of the Government for dismissal, without prejudice; or

☐ the Court has granted the motion of the defendant for a judgment of acquittal; or

☐ a jury has been waived, and the Court has found the defendant not guilty; or

☐ the jury has returned its verdict, finding the defendant not guilty;

☒ of the offense(s) as charged in the Information:

46:70503, 70506(b) - Conspiracy to Distribute Marijuana on Board a Vessel and 21:959, 960, 963 - Conspiracy to Distribute Marijuana Intended for Unlawful Importation

Dated: 6/22/2017

Hon. Barbara L. Major
United States Magistrate Judge